**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Western District of Pennsylvania

Case number (*If known*): _____

Chapter you are filing under:
- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

- [ ] Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name** <br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | Samuel <br> First name <br> A. <br> Middle name <br> Rosenberg <br> Last name <br> _____ <br> Suffix (Sr., Jr., II, III) | Christine <br> First name <br> E. <br> Middle name <br> Rosenberg <br> Last name <br> _____ <br> Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br> Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 0 7 9 4 <br> OR <br> **9** xx – xx – ____ ____ ____ | xxx – xx – 5 5 2 8 <br> OR <br> **9** xx – xx – ____ ____ ____ |

Debtor 1    Samuel A. Rosenberg & Christine E. Rosenberg

First Name        Middle Name        Last Name

Case number *(if known)*_____

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

☐ I have not used any business names or EINs.

Global Protective Services, Inc.
Business name

Next Evolution, Inc.
Business name

45-1821872
EIN

20-0077149
EIN

☑ I have not used any business names or EINs.

Business name

Business name

EIN

EIN

**5. Where you live**

911 Cedar Crest Court
Number        Street

Wexford                    PA        15090
City                        State    ZIP Code

Allegheny County
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number        Street

P.O. Box

City                        State    ZIP Code

**If Debtor 2 lives at a different address:**

Number        Street

City                        State    ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number        Street

P.O. Box

City                        State    ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

| Debtor 1 | Samuel A. Rosenberg & Christine E. Rosenberg | | | Case number *(if known)*_____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

| District _____ | When _____ | Case number _____ |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

| Debtor _____ | | Relationship to you _____ |
|---|---|---|
| District _____ | When _____ | Case number, if known_____ |

| Debtor _____ | | Relationship to you _____ |
|---|---|---|
| District _____ | When _____ | Case number, if known_____ |

**11. Do you rent your residence?**

☑ No.    Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1    Samuel A. Rosenberg & Christine E. Rosenberg

First Name    Middle Name    Last Name

Case number *(if known)*_____

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number        Street

_____

_____
City                                State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor,* see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankrutpcy Code, and I choose to proceed under Subchatper V of Chapter 11.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.   What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

---

Debtor 1 _____
       Samuel A. Rosenberg & Christine E. Rosenberg

First Name       Middle Name       Last Name

Case number *(if known)*_____

---

**Part 5:**   **Explain Your Efforts to Receive a Briefing About Credit Counseling**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| *You must check one:* | *You must check one:* |
| ☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. | ☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. |
| ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. | ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. |
| ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. | ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. |
| ☐ **I am not required to receive a briefing about credit counseling because of:** | ☐ **I am not required to receive a briefing about credit counseling because of:** |
| ☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. | ☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. |
| ☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. | ☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. |
| ☐ **Active duty.**  I am currently on active military duty in a military combat zone. | ☐ **Active duty.**  I am currently on active military duty in a military combat zone. |
| If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. | If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1    Samuel A. Rosenberg & Christine E. Rosenberg                                    Case number *(if known)*_____
   First Name   Middle Name   Last Name

---

**Part 6:** **Answer These Questions for Reporting Purposes**

| | |
|---|---|
| **16. What kind of debts do you have?** | **16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."<br><br>☑ No. Go to line 16b.<br>☐ Yes. Go to line 17.<br><br>**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.<br><br>☐ No. Go to line 16c.<br>☑ Yes. Go to line 17.<br><br>16c. State the type of debts you owe that are not consumer debts or business debts.<br><br>_____ |

---

| | |
|---|---|
| **17. Are you filing under Chapter 7?**<br><br>**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?** | ☐ No.  I am not filing under Chapter 7. Go to line 18.<br><br>☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?<br><br> ☐ No<br> ☑ Yes |

---

| | | | |
|---|---|---|---|
| **18. How many creditors do you estimate that you owe?** | ☐ 1-49<br>☑ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |

---

| | | | |
|---|---|---|---|
| **19. How much do you estimate your assets to be worth?** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☑ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

---

| | | | |
|---|---|---|---|
| **20. How much do you estimate your liabilities to be?** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

---

**Part 7:** **Sign Below**

| | |
|---|---|
| **For you** | I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.<br><br>If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12 , or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.<br><br>If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571. |

✗ /s/ Samuel A. Rosenberg         ✗ /s/ Christine E. Rosenberg
_____   _____
Signature of Debtor 1             Signature of Debtor 2

Executed on  04/02/2021        Executed on  04/02/2021
     MM  /  DD  / YYYY          MM  /  DD  / YYYY

---

Debtor 1    Samuel A. Rosenberg & Christine E. Rosenberg

First Name    Middle Name    Last Name

Case number *(if known)*_____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✘ /s/ Francis Corbett

Signature of Attorney for Debtor

Date    04/02/2021

MM / DD / YYYY

Francis Corbett

Printed name

Francis Corbett

Firm name

304 Ross Street

Number    Street

Mitchell Building - 707

| Pittsburgh | PA | 15219 |
|---|---|---|
| City | State | ZIP Code |

Contact phone (412) 456-1882    Email address fcorbett@fcorbettlaw.com

| 37594 | PA |
|---|---|
| Bar number | State |

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Samuel A. Rosenberg |
| | First Name          Middle Name          Last Name |
| Debtor 2 | Christine E. Rosenberg |
| (Spouse, if filing) | First Name          Middle Name          Last Name |

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number _____
(If known)

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*........................................................ | $437,000.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* ........................................... | $403,380.93 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* .................................................... | $840,380.93 |

### Part 2:    Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ............ | $806,461.14 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ........................................... | $0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................... | + $5,330,651.41 |
| **Your total liabilities** | $6,137,112.55 |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I* .......................................... | $5,295.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J* .................................................. | $8,209.58 |

Debtor 1 _____Samuel Rosenberg & Christine Rosenberg_____    Case number (if known)_____

      First Name      Middle Name      Last Name

| Part 4: | Answer These Questions for Administrative and Statistical Records |
| --- | --- |

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7. What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

**9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
| --- | --- |
| 9a. Domestic support obligations (Copy line 6a.) | $_____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $_____ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $_____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $_____ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $_____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $_____ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $_____ 0.00 |

**Fill in this information to identify your case and this filing:**

Debtor 1 _____Samuel A. Rosenberg_____
          First Name        Middle Name        Last Name

Debtor 2 _____Christine E. Rosenberg_____
(Spouse, if filing) First Name   Middle Name    Last Name

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number _____
(if know)

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   ☐ No. Go to Part 2
   ☑ Yes. Where is the property?

1.1  911 Cedar Crest Court
     Street address, if available, or other description

     Wexford PA    15090
     City    State    ZIP Code

     Allegheny County

     Country

**What is the property?** Check all that apply
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other_____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?**
$ 427,000.00

**Current value of the portion you own?**
$ 427,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Tenancy by the Entireties

☐ Check if this is community property

1.2  10 acres
     Street address, if available, or other description

     Ligonier PA
     City    State    ZIP Code

     Westmoreland County

     Country

**What is the property?** Check all that apply
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other_____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?**
$ 10,000.00

**Current value of the portion you own?**
$ 10,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Fee simple

☐ Check if this is community property

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**.................................................➤

$ 437,000.00

Debtor 1    Samuel A. Rosenberg & Christine E. Rosenberg    Case number *(if known)* _____
First Name    Middle Name    Last Name

---

## Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1  Make: Dodge

Model: Ram

Year:                    2017

Approximate mileage:    41000

Other information:

Condition:Good;

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 24,000.00 | $ 24,000.00 |

3.2  Make: Toyota

Model: Sienna

Year:                    2015

Approximate mileage:    82,000

Other information:

Condition:Good;

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 10,000.00 | $ 10,000.00 |

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5.  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**................................................................................➤    | $34,000.00 |

---

## Part 3:    Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?

6.  **Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

Do not deduct secured claims or exemptions.

☐ No
☑ Yes. Describe...

| Furniture, appliances, linens, kitchenware |
|---|

$ 12,000.00

7.  **Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☑ No
☐ Yes. Describe...

8.  **Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe...

9.  **Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No
☐ Yes. Describe...

Debtor 1    Samuel A. Rosenberg & Christine E. Rosenberg    Case number *(if known)* _____
First Name    Middle Name    Last Name

---

10. **Firearms**

   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

   ☐ No
   ☑ Yes. Describe...

   | Glock 19; 3 Glock 17; Glock 43; 2 Smith & Wesson revolvers; Smith & Wesson M&P Bodyguard; Kimber 45; Walther PPS; Springfield XDS; Springfield Hellcat; Adams AR-15; 4 used Glock 17 training guns |

   $ 2,595.40

11. **Clothes**

   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

   ☐ No
   ☑ Yes. Describe...

   | Man's and woman's clothing |

   $ 2,000.00

12. **Jewelry**

   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems gold, silver

   ☐ No
   ☑ Yes. Describe...

   | Wedding and engagement rings |

   $ 10,000.00

13. **Non-farm animals**

   *Examples:* Dogs, cats, birds, horses

   ☑ No
   ☐ Yes. Describe...

14. **Any other personal and household items you did not already list, including any health aids you did not list**

   ☑ No
   ☐ Yes. Give specific information...

15. **Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here**........................................................................................➤    $26,595.40

---

**Part 4:    Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

16. **Cash**

   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ☑ No
   ☐ Yes........................................................................................................    Cash ...........................    $ _____

17. **Deposits of money**

   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses and other similar institutions. If you have multiple accounts with the same institution, list each.

   ☐ No
   ☑ Yes.................    Institution name:

   17.1. Checking account:    Citizens Bank    $ 778.27

18. **Bonds, mutual funds, or publicly traded stocks**

   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

   ☐ No
   ☑ Yes.................

   Institution or issuer name:

   | Citizens Bank | $ 313.59 |
   | Fidelity Investments | $ 40,475.96 |
   | Fidelity Investments | $ 18,573.52 |

Debtor 1    <u>Samuel A. Rosenberg & Christine E. Rosenberg</u>    Case number*(if known)*    _____
   First Name    Middle Name    Last Name

---

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them...........

| Name of entity: | % of ownership: | |
|---|---|---|
| Next Evolution, Inc. | 100        % | $ 0.00 |
| Global Protective Services, Inc. | 60        % | $ 0.00 |
| Inpax Academy, LLC | 36.8        % | $ 0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them..........

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each account separately

| Type of account | Institution name | |
|---|---|---|
| IRA: | Fidelity Roth IRA | $ 115,703.35 |
| IRA: | Fidelity Roth IRA | $ 117,936.14 |
| IRA: | BNY Mellon SEP/IRA | $ 11,397.90 |

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No
☐ Yes......................

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes......................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes......................

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☐ No
☑ Yes. Give specific information about them...

| | |
|---|---|
| Patent-Defensive Writing Instrument - 9,428,002, Book-Path of the Victor, Book-The Traveler's Guide to Personal Security, Patent-Defensive Writing Instrument- 9,108,454 | $ 0.00 |

27. **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years...

Debtor 1    Samuel A. Rosenberg & Christine E. Rosenberg    Case number *(if known)* _____

First Name    Middle Name    Last Name

|  |  |  |
|---|---|---|
| Federal: | $ | 0.00 |
| State: | $ | 0.00 |
| Local: | $ | 0.00 |

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information....

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information....

**31. Interests in insurance policies**

☐ No
☑ Yes. Name the insurance company of each policy and list its value....

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Symetra | Christine | $ 37,606.80 |

**32. Any interest in property that is due you from someone who has died**

☑ No
☐ Yes. Give specific information....

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

☑ No
☐ Yes. Give specific information....

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Give specific information....

**35. Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information...

**36.** Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here..................................................................................................................▶

| $342,785.53 |
|---|

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**

If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

**53. Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information...

**54.** Add the dollar value of all of your entries from Part 7. Write that number here  .................................................▶

| $0.00 |
|---|

Debtor 1    Samuel A. Rosenberg & Christine E. Rosenberg    Case number*(if known)* _____
First Name    Middle Name    Last Name

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

55. **Part 1: Total real estate, line 2**................................................................................➤ | $ 437,000.00

56. **Part 2: Total vehicles, line 5**    $ 34,000.00

57. **Part 3: Total personal and household items, line 15**    $ 26,595.40

58. **Part 4: Total financial assets, line 36**    $ 342,785.53

59. **Part 5: Total business-related property, line 45**    $ 0.00

60. **Part 6: Total farm- and fishing-related property, line 52**    $ 0.00

61. **Part 7: Total other property not listed, line 54**    + $ 0.00

62. **Total personal property. Add lines 56 through 61** ...................    $ 403,380.93    Copy personal property total➤    + $ 403,380.93

63. **Total of all property on Schedule A/B. Add line 55 + line 62**    $ 840,380.93

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Samuel A. Rosenberg | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number _____
(If known)

☐ Check if this is an
amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt                4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property<br>Debtor 1 Exemptions | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:   10 acres<br>Line from *Schedule A/B*:   1.2 | $ 10,000.00 | ☑ $ 5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Brief description:   2017 Dodge Ram<br>Line from *Schedule A/B*:   3.1 | $ 24,000.00 | ☑ $ 4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(2) |
| Brief description:   2017 Dodge Ram<br>Line from *Schedule A/B*:   3.1 | $ 24,000.00 | ☑ $ 9,181.77<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522 (d)(5) |

3. **Are you claiming a homestead exemption of more than $170,350?**

   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No
       ☐ Yes

Debtor   Samuel A. Rosenberg

First Name   Middle Name   Last Name

Case number *(if known)*_____

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Household goods - Furniture, appliances, linens, kitchenware<br>Line from Schedule A/B: 6 | $12,000.00 | ☑ $ 6,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| Brief description: Firearms - Glock 19; 3 Glock 17; Glock 43; 2 Smith & Wesson revolvers; Smith & Wesson M&P Bodyguard; Kimber 45; Walther PPS; Springfield XDS; Springfield Hellcat; Adams AR-15; 4 used Glock 17 training guns<br>Line from Schedule A/B: 10 | $2,595.40 | ☑ $ 2,525.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(6) |
| Brief description: Clothing - Man's and woman's clothing<br>Line from Schedule A/B: 11 | $2,000.00 | ☑ $ 1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| Brief description: Jewelry - Wedding and engagement rings<br>Line from Schedule A/B: 12 | $10,000.00 | ☑ $ 1,700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(4) |
| Brief description: Jewelry - Wedding and engagement rings<br>Line from Schedule A/B: 12 | $10,000.00 | ☑ $ 762.50<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522 (d)(5) |
| Brief description: Citizens Bank (Checking)<br>Line from Schedule A/B: 17.1 | $778.27 | ☑ $ 389.14<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522 (d)(5) |
| Brief description: Citizens Bank (Money Market)<br>Line from Schedule A/B: 18 | $313.59 | ☑ $ 156.80<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522 (d)(5) |
| Brief description: Fidelity Roth IRA<br>Line from Schedule A/B: 21 | $115,703.35 | ☑ $ 115,703.35<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(12) |
| Brief description: Symetra<br>Line from Schedule A/B: 31 | $37,606.80 | ☑ $ 13,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(8) |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | _____ | _____ | _____ |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Christine E. Rosenberg | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  Western District of Pennsylvania

Case number _____
(If known)

☐ Check if this is an
amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt 4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
    ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property<br>Debtor 2 Exemptions | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 10 acres<br><br>Line from *Schedule A/B*:  1.2 | $ 10,000.00 | ☑ $ 5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Brief description: 2015 Toyota Sienna<br><br>Line from *Schedule A/B*:  3.2 | $ 10,000.00 | ☑ $ 4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(2) |
| Brief description: 2015 Toyota Sienna<br><br>Line from *Schedule A/B*:  3.2 | $ 10,000.00 | ☑ $ 6,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522 (d)(5) |

3. **Are you claiming a homestead exemption of more than $170,350?**

    (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☑ No
    ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐ No
        ☐ Yes

Debtor   Christine E. Rosenberg

| First Name | Middle Name | Last Name |

Case number *(if known)* _____

---

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Household goods - Furniture, appliances, linens, kitchenware Line from *Schedule A/B*: 6 | $12,000.00 | ☑ $ 6,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| Brief description: Clothing - Man's and woman's clothing Line from *Schedule A/B*: 11 | $2,000.00 | ☑ $ 1,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| Brief description: Jewelry - Wedding and engagement rings Line from *Schedule A/B*: 12 | $10,000.00 | ☑ $ 1,700.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(4) |
| Brief description: Jewelry - Wedding and engagement rings Line from *Schedule A/B*: 12 | $10,000.00 | ☑ $ 762.50 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522 (d)(5) |
| Brief description: Citizens Bank (Checking) Line from *Schedule A/B*: 17.1 | $778.27 | ☑ $ 389.14 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522 (d)(5) |
| Brief description: Citizens Bank (Money Market) Line from *Schedule A/B*: 18 | $313.59 | ☑ $ 156.80 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522 (d)(5) |
| Brief description: Fidelity Roth IRA Line from *Schedule A/B*: 21 | $117,936.14 | ☑ $ 117,936.14 ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(12) |
| Brief description: BNY Mellon SEP/IRA Line from *Schedule A/B*: 21 | $11,397.90 | ☑ $ 11,397.90 ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(12) |
| Brief description: Line from *Schedule A/B*: | $ | ☐ $ ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: Line from *Schedule A/B*: | $ | ☐ $ ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: Line from *Schedule A/B*: | $ | ☐ $ ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: Line from *Schedule A/B*: | $ | ☐ $ ☐ 100% of fair market value, up to any applicable statutory limit | |

**Fill in this information to identify your case:**

Debtor 1 ___Samuel A. Rosenberg___
First Name    Middle Name    Last Name

Debtor 2 ___Christine E. Rosenberg___
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number _____
(if know)

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1:    List All Secured Claims

| 2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion If any |
|---|---|---|---|

**2.1**

Describe the property that secures the claim:  $ 280,173.19    $ 427,000.00    $ 0.00

Freedom Mortgage
Creditor's Name

P.O. Box 6656
Number    Street

Chicago IL    60680-6656
City    State    ZIP Code

911 Cedar Crest Court, Wexford, PA 15090 - $427,000.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _2012_

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number** 8402

**2.2**

Describe the property that secures the claim:  $ 515,469.72    $ 427,000.00    $ 368,642.91

LWBC LLC
Creditor's Name

John R. O'Keefe, Jr., Esquire
Number    Street

535 Smithfield St., Suite 800

Pittsburgh PA    15222
City    State    ZIP Code

911 Cedar Crest Court, Wexford, PA 15090 - $427,000.00 Business debt guaranty

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _2017_

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number**

| 2.3 | |
|---|---|

Describe the property that secures the claim: $ 10,818.23    $ 24,000.00    $ 0.00

USAA Auto Loan
_____
Creditor's Name

10750 McDermott Freeway
_____
Number    Street

San Antonio TX    78288
_____
City    State    ZIP Code

2017 Dodge Ram - $24,000.00

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred** 2020

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.

- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Last 4 digits of account number** 0924

Add the dollar value of your entries in Column A on this page. Write that number here:    $ 806,461.14

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

Debtor 1    Samuel A. Rosenberg
_____
First Name    Middle Name    Last Name

Debtor 2    Christine E. Rosenberg
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  Western District of Pennsylvania

Case number
(if know)    _____

☐ Check if this is an
amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ **No.** Go to Part 2.
   ☐ **Yes.**

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ **No.** You have nothing else to report in this part. Submit this to the court with your other schedules.
   ☑ **Yes.** Fill in all of the information below.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|

| 4.1 | ADP, Inc. | **Last 4 digits of account number** 8697 | $ 618.85 |
|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?**  2020

P.O. Box 645177

Number    Street    **As of the date you file, the claim is:** Check all that apply.

Cincinnati OH    45264    ☐ Contingent
City    State  ZIP Code    ☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only    **Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only    ☐ Student loans
☐ Debtor 1 and Debtor 2 only    ☐ Obligations arising out of a separation agreement or divorce
☐ At least one of the debtors and another    that you did not report as priority claims
☐ **Check if this claim relates to a community**    ☐ Debts to pension or profit-sharing plans, and other similar
**debt**    debts
**Is the claim subject to offset?**    ☑ Other. Specify  Business debt guaranty
☑ No
☐ Yes

| 4.2 | Advanticom, Inc. | **Last 4 digits of account number** 3784 | $ 9,262.28 |
|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?**  2020

191 Wyngate Drive

Number    Street    **As of the date you file, the claim is:** Check all that apply.

Monroeville PA    15146    ☐ Contingent
City    State  ZIP Code    ☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only    **Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only    ☐ Student loans
☐ Debtor 1 and Debtor 2 only    ☐ Obligations arising out of a separation agreement or divorce
☐ At least one of the debtors and another    that you did not report as priority claims
☐ **Check if this claim relates to a community**    ☐ Debts to pension or profit-sharing plans, and other similar
**debt**    debts
**Is the claim subject to offset?**    ☑ Other. Specify  Business debt guaranty
☑ No
☐ Yes

| 4.3 | | |
|---|---|---|
| **AmChar Wholesale, Inc.** | **Last 4 digits of account number**    2016 | $ 61,586.64 |

AmChar Wholesale, Inc.
Nonpriority Creditor's Name

100 Airpark Drive
Number    Street

Rochester NY     14624
City     State     ZIP Code

**Last 4 digits of account number**
**When was the debt incurred?**    2016

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business debt guaranty

$ 61,586.64

---

| 4.4 | | |
|---|---|---|

Amcom Photocopy Equipment Company of Pittsburgh
Nonpriority Creditor's Name

LLC

3600 McClaren Woods Road
Number    Street

Coraopolis PA     15108
City     State     ZIP Code

**Last 4 digits of account number**   7
**When was the debt incurred?**    2020

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business debt guaranty

$ 714.37

---

| 4.5 | | |
|---|---|---|

Avalara, Inc.
Nonpriority Creditor's Name

Dept. CH 16781
Number    Street

Palatine IL     60055-6781
City     State     ZIP Code

**Last 4 digits of account number**
**When was the debt incurred?**    2020

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business debt guaranty

$ 3,921.55

| 4.6 | Bigleaf Networks | | $ 897.00 |
|---|---|---|---|

**Bigleaf Networks**
Nonpriority Creditor's Name

Dept. LA 24973
Number    Street

Pasadena CA    91185-4973
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  8549
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business debt guaranty

$ 897.00

---

| 4.7 | Capital One | | $ 54,000.00 |
|---|---|---|---|

**Capital One**
Nonpriority Creditor's Name

P.O. Box 71083
Number    Street

Charlotte NC    28272-1083
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**
**When was the debt incurred?** 2016

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

$ 54,000.00

---

| 4.8 | Capital One-Spark | | $ 39,466.57 |
|---|---|---|---|

**Capital One-Spark**
Nonpriority Creditor's Name

P.O. Box 30285
Number    Street

Salt Lake City UT    84130
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**
**When was the debt incurred?** 2015

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

$ 39,466.57

| 4.9 | Celerant Technology Corp. | Last 4 digits of account number | | $ 17,001.69 |

**Celerant Technology Corp.**
Nonpriority Creditor's Name

4830 Arthur Kill Road
Number    Street

Staten Island NY    10309
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**
**When was the debt incurred?** 2020

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business debt guaranty

$ 17,001.69

---

| 4.10 | C&G Arms LLC | | | $ 1,146.68 |

**C&G Arms LLC**
Nonpriority Creditor's Name

855 6th Avenue, 2nd Floor
Number    Street

Brackenridge PA    15014
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**
**When was the debt incurred?** 2020

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business debt guaranty

$ 1,146.68

---

| 4.11 | Cintas | Last 4 digits of account number  4742 | | $ 2,402.19 |

**Cintas**
Nonpriority Creditor's Name

6800 Cintas Blvd.
Number    Street

Cincinnati OH    45267
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number  4742**
**When was the debt incurred?** 2020

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business debt guaranty

$ 2,402.19

Debtor    Samuel A. Rosenberg & Christine E. Rosenberg                                  Case number (if known)
          First Name      Middle Name      Last Name

| | |
|---|---|
| 4.12 | |

**Citi Cards-Costco**
Nonpriority Creditor's Name

P.O. Box 70272
Number      Street

Philadelphia PA      19176-0272
City      State      ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 4298
**When was the debt incurred?** 2016

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

$ 23,502.27

---

| | |
|---|---|
| 4.13 | |

Construction Rental & Supply, Inc.
Nonpriority Creditor's Name

5601 Grand Avenue
Number      Street

Pittsburgh PA      15225-1200
City      State      ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 1800
**When was the debt incurred?** 2020

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business debt guaranty

$ 1,150.00

---

| | |
|---|---|
| 4.14 | |

Crown Equipment Corporation
Nonpriority Creditor's Name

P.O. Box 641173
Number      Street

Cincinnati OH      45264-1173
City      State      ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**
**When was the debt incurred?** 2020

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business debt guaranty

$ 616.42

Debtor 1    Samuel A. Rosenberg & Christine E. Rosenberg      Case number (if known) _____
First Name    Middle Name    Last Name

Case 21-21704-CMB    Doc 1    Filed 04/02/21    Entered 04/02/21 11:44:53    Desc Main
Document    Page 27 of 71

| 4.15 | iHeart Media | Last 4 digits of account number | $ 6,040.00 |

**Nonpriority Creditor's Name**

P.O. Box 419499
Number   Street
Boston MA   02241-9499
City   State   ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**When was the debt incurred?** 2020

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Business debt guaranty

---

| 4.16 | IPFS Corporation | Last 4 digits of account number 8573 | $ 185.19 |

**Nonpriority Creditor's Name**

P.O. Box 412086
Number   Street
Kansas City MO   64141-2086
City   State   ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**When was the debt incurred?** 2020

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Business debt guaranty

---

| 4.17 | LimeCuda | Last 4 digits of account number | $ 135.00 |

**Nonpriority Creditor's Name**

P.O. Box 4829
Number   Street
East Lansing MI   48826
City   State   ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**When was the debt incurred?** 2020

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Business debt guaranty

---

**4.18**

Magtech Ammunition Co. Inc.
Nonpriority Creditor's Name

9100 Wyoming Avenue N
Number    Street

Suite 515

Minneapolis MN    55445
City    State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** 2019

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business debt guaranty

$ 46,166.12

---

**4.19**

McCandless Township Sanitary Authority
Nonpriority Creditor's Name

418 Arcadia Drive
Number    Street

Pittsburgh PA    15237
City    State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 5610
**When was the debt incurred?** 2020

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business debt guaranty

$ 396.11

---

**4.20**

McCutcheon Enterprises, Inc.
Nonpriority Creditor's Name

250 Park Road
Number    Street

Apollo    PA    15613
City    State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 2630
**When was the debt incurred?** 2020

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business debt guaranty

$ 2,900.00

---

**4.21**

McMed Partners, LLC
Nonpriority Creditor's Name

111 East Oak Street
Number    Street

Selma    NC    27576
City    State    ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   2016

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Business debt guaranty

$ 4,834,278.99

---

**4.22**

Patriot Janitorial & Maintenance Supply
Nonpriority Creditor's Name

405 Kara Court
Number    Street

Gibsonia    PA    15044
City    State    ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   2020

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Business debt guaranty

$ 755.26

---

**4.23**

Pittsburgh City Paper
Nonpriority Creditor's Name

650 Smithfield Street #2200
Number    Street

P.O. Box 40289

Pittsburgh    PA    15222
City    State    ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   2020

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Business debt guaranty

$ 1,314.85

| 4.24 | Pittsburgh Public Safety Supply, Inc. | | **Last 4 digits of account number** __ __ __ __ | $ 195.00 |

**Pittsburgh Public Safety Supply, Inc.**
Nonpriority Creditor's Name

6104 Grand Avenue
Number    Street

Pittsburgh   PA      15225
City      State   ZIP Code

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** 2020

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Business debt guaranty

$ 195.00

---

| 4.25 | Quest Diagnostics | | **Last 4 digits of account number** 0 5 8 6 | $ 282.75 |

**Quest Diagnostics**
Nonpriority Creditor's Name

P.O. Box 740709
Number    Street

Atlanta   GA      30374
City      State   ZIP Code

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 0 5 8 6

**When was the debt incurred?** 2020

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Business debt guaranty

$ 282.75

---

| 4.26 | Revo Brand Group | | **Last 4 digits of account number** __ __ __ __ | $ 1,121.10 |

**Revo Brand Group**
Nonpriority Creditor's Name

5480 Nathan Lane N. Suite 120
Number    Street

Minneapolis  MN     55442
City      State   ZIP Code

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** 2020

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Business debt guaranty

$ 1,121.10

| 4.27 | Root and Branch | Last 4 digits of account number | $ 300.00 |
|---|---|---|---|

**Root and Branch**
Nonpriority Creditor's Name

**When was the debt incurred?** 2020

217 Puritan Road

Number    Street

Carnegie PA    15106

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business debt guaranty

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.28 | Rothman Gordon, PC | Last 4 digits of account number  4689 | $ 4,575.00 |
|---|---|---|---|

**Rothman Gordon, PC**
Nonpriority Creditor's Name

**When was the debt incurred?** 2020

300 Grant Building

Number    Street

310 Grant Street

Pittsburgh PA    15219

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Attorneys

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.29 | RSR Group, Inc. | Last 4 digits of account number | $ 80,189.33 |
|---|---|---|---|

**RSR Group, Inc.**
Nonpriority Creditor's Name

**When was the debt incurred?** 2019

P.O. Box 116325

Number    Street

Atlanta GA    30368-6325

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business debt guaranty

**Is the claim subject to offset?**

☑ No
☐ Yes

| 4.30 | Scalise Industries Corporation | | Last 4 digits of account number | | | $ 1,443.01 |

**Scalise Industries Corporation**
Nonpriority Creditor's Name

P.O. Box 611
Number    Street

Lawrence PA    15055
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** 2020

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business debt guaranty

$ 1,443.01

---

| 4.31 | Seal 1, LLC | | Last 4 digits of account number | | | $ 306.41 |

**Seal 1, LLC**
Nonpriority Creditor's Name

826 Orange Avenue
Number    Street

Suite 492

Coronado CA    92118
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** 2020

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business debt guaranty

$ 306.41

---

| 4.32 | Shadow Systems LLC | | Last 4 digits of account number | | | $ 21,498.04 |

**Shadow Systems LLC**
Nonpriority Creditor's Name

730 F. Avenue
Number    Street

Suite 220

Plano TX    75074
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** 2016

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Business debt guaranty

$ 21,498.04

---

**4.33**

| | |
|---|---|
| Sig Sauer | **Last 4 digits of account number** ___ ___ ___ ___ |
| Nonpriority Creditor's Name | **When was the debt incurred?** 2019 |
| 72 Pease Blvd. | |
| Number   Street | **As of the date you file, the claim is:** Check all that apply. |
| Portsmouth NH   03801 | ☐ Contingent |
| City   State   ZIP Code | ☐ Unliquidated |
| | ☐ Disputed |

**$ 18,331.46**

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Business debt guaranty

---

**4.34**

| | |
|---|---|
| Sports South LLC | **Last 4 digits of account number** ___ ___ ___ ___ |
| Nonpriority Creditor's Name | **When was the debt incurred?** 2018 |
| 101 Robert G. Harris Drive | |
| Number   Street | **As of the date you file, the claim is:** Check all that apply. |
| Shreveport LA   71115 | ☐ Contingent |
| City   State   ZIP Code | ☐ Unliquidated |
| | ☐ Disputed |

**$ 21,486.48**

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Business debt guaranty

---

**4.35**

| | |
|---|---|
| Sports South, LLC | **Last 4 digits of account number** 5325 |
| Nonpriority Creditor's Name | **When was the debt incurred?** 2020 |
| 101 Robert G. Harris Drive | |
| Number   Street | **As of the date you file, the claim is:** Check all that apply. |
| Shreveport LA   71115 | ☐ Contingent |
| City   State   ZIP Code | ☐ Unliquidated |
| | ☐ Disputed |

**$ 21,486.48**

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Business debt guaranty

| 4.36 | | |
|---|---|---|

**Steel City Landscaping**
Nonpriority Creditor's Name

111 E. Oak Street
Number    Street

Selma   NC    27576
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ____
**When was the debt incurred?** 2020    

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Business debt guaranty

$ 5,466.58

---

| 4.37 | | |
|---|---|---|

Synchrony Bank/Sam's Club
Nonpriority Creditor's Name

P.O. Box 960013
Number    Street

Orlando   FL    32896-0013
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 6607
**When was the debt incurred?** 2016    

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Credit Card Debt

$ 2,077.93

---

| 4.38 | | |
|---|---|---|

Target Card Services
Nonpriority Creditor's Name

P.O. Box 660170
Number    Street

Dallas   TX    75266-0170
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 6927
**When was the debt incurred?** 2014    

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Credit Card Debt

$ 2,338.10

---

Debtor   Samuel A. Rosenberg & Christine E. Rosenberg
         First Name   Middle Name   Last Name          Case number (if known)

---

| 4.39 | The Insurance House | | | | $ 163.00 |
| | Nonpriority Creditor's Name | | | | |

**Last 4 digits of account number** ____

**When was the debt incurred?** 2020

P.O. Box 701652
Number   Street

Plymouth MI   48170
City   State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Other. Specify  Business debt guaranty

---

| 4.40 | TJX Rewards/Synchbank | | | | $ 1,954.66 |
| | Nonpriority Creditor's Name | | | | |

**Last 4 digits of account number**  0402

**When was the debt incurred?** 2018

P.O. Box 530949
Number   Street

Atlanta GA   30353-0949
City   State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Other. Specify  Credit Card Debt

---

| 4.41 | Town of McCandless | | | | $ 700.00 |
| | Nonpriority Creditor's Name | | | | |

**Last 4 digits of account number** ____

**When was the debt incurred?** 2020

9955 Grubbs Road
Number   Street

Wexford PA   15090
City   State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Other. Specify  Business debt guaranty

---

| 4.42 | UPS | Last 4 digits of account number  6501 | $ 161.46 |

Nonpriority Creditor's Name

When was the debt incurred?  2020

P.O. Box 25084

Number     Street

**As of the date you file, the claim is:** Check all that apply.

Lehigh Valley PA    18002

☐ Contingent

City     State     ZIP Code

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only

**Type of NONPRIORITY unsecured claim:**

☐ Debtor 2 only

☐ Student loans

☐ Debtor 1 and Debtor 2 only

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ Other. Specify  Business debt guaranty

☑ No

☐ Yes

---

| 4.43 | USAA Credit Card Payments | Last 4 digits of account number  1398 | $ 22,442.63 |

Nonpriority Creditor's Name

When was the debt incurred?  2016

10750 McDermott Freeway

Number     Street

**As of the date you file, the claim is:** Check all that apply.

San Antonio TX    78288

☐ Contingent

City     State     ZIP Code

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only

**Type of NONPRIORITY unsecured claim:**

☐ Debtor 2 only

☐ Student loans

☐ Debtor 1 and Debtor 2 only

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ Other. Specify  Credit Card Debt

☑ No

☐ Yes

---

| 4.44 | Vaultek Safe, Inc. | Last 4 digits of account number | $ 2,266.00 |

Nonpriority Creditor's Name

When was the debt incurred?  2020

37 N. Orange Avenue

Number     Street

**As of the date you file, the claim is:** Check all that apply.

Suite 800B

☐ Contingent

☐ Unliquidated

Orlando FL    32801

☐ Disputed

City     State     ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only

**Type of NONPRIORITY unsecured claim:**

☐ Debtor 2 only

☐ Student loans

☐ Debtor 1 and Debtor 2 only

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ Other. Specify  Business debt guaranty

☑ No

☐ Yes

**4.45**

Vortex Optics
Nonpriority Creditor's Name

1 Vortex Drive
Number   Street

Barneveld WI    53507
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 2024

**When was the debt incurred?** 2020

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Business debt guaranty

$ 382.96

---

**4.46**

Wells Fargo Equipment Finance
Nonpriority Creditor's Name

P.O. Box 7777
Number   Street

San Francisco CA    94120-7777
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 3001

**When was the debt incurred?** 2018

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Business debt guaranty

$ 13,000.00

---

**4.47**

Worksite Medical
Nonpriority Creditor's Name

P.O. Box 6050
Number   Street

Hermitage PA    16148-1050
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?** 2020

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Business debt guaranty

$ 25.00

---

**Part 3:**    List Others to Be Notified About a Debt That You Already Listed

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Altius Receivables Management
Creditor's Name

2400 Veterans Memorial Blvd.
Number   Street

Suite 300

Kenner LA    70062
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.29 of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured

**Last 4 digits of account number**

| | |
|---|---|
| David Valencik, Esquire | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| Creditor's Name | |
| Calaiaro Valencik | **Line** <u>4.21</u> of (Check one): |
| Number    Street | ☐ Part 1: Creditors with Priority Unsecured Claims |
| 938 Penn Avenue, Suite 501 | ☑ Part 2: Creditors with Nonpriority Unsecured |
| | Claims |
| Pittsburgh PA    15222 | **Last 4 digits of account number** |
| City    State    ZIP Code | |

| | |
|---|---|
| Robert E. Dauer, Esquire | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| Creditor's Name | |
| Meyer, Unkovic & Scott, LLP | **Line** <u>4.21</u> of (Check one): |
| Number    Street | ☐ Part 1: Creditors with Priority Unsecured Claims |
| 535 Smithfield St., Suite 1300 | ☑ Part 2: Creditors with Nonpriority Unsecured |
| | Claims |
| Pittsburgh PA    15222-2315 | **Last 4 digits of account number** |
| City    State    ZIP Code | |

| | |
|---|---|
| The Leviton Law Firm, Ltd. | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| Creditor's Name | |
| One Pierce Place | **Line** <u>4.29</u> of (Check one): |
| Number    Street | ☐ Part 1: Creditors with Priority Unsecured Claims |
| Suite 725W | ☑ Part 2: Creditors with Nonpriority Unsecured |
| | Claims |
| Itasca IL    60143 | **Last 4 digits of account number** |
| City    State    ZIP Code | |

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 5,330,651.41 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $ 5,330,651.41 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Samuel A. Rosenberg |
| | First Name        Middle Name        Last Name |
| Debtor 2 | Christine E. Rosenberg |
| (Spouse, if filing) | First Name        Middle Name        Last Name |
| | |
| United States Bankruptcy Court for the: | Western District of Pennsylvania |
| | |
| Case number (if know) | |

☐ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Property (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| | |

Fill in this information to identify your case:

Debtor 1    Samuel A. Rosenberg
       First Name       Middle Name       Last Name

Debtor 2    Christine E. Rosenberg
(Spouse, if filing) First Name       Middle Name       Last Name

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number
(if know)

☐ Check if this is an
amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No

   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No. Go to line 3.

   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1 Joseph & Deeann Bellisimo<br>Name<br>1906 Colonial Drive<br>Street<br>Sewickley PA    15143<br>City    State    ZIP Code | ☑ Schedule D, line 2.2<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| 3.2 J.E.D. Investments, LLC<br>Name<br>1906 Colonial Drive<br>Street<br>Sewickley PA    15143<br>City    State    ZIP Code | ☑ Schedule D, line 2.2<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| 3.3 Sean D. Smarick<br>Name<br>481 Oakcrest Drive<br>Street<br>Monroeville PA    15146<br>City    State    ZIP Code | ☑ Schedule D, line 2.2<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| 3.4 Inpax Academy, LLC<br>Name<br>900 Providence Blvd., #100<br>Street<br>Pittsburgh PA    15237<br>City    State    ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line 4.21<br>☐ Schedule G, line _____ |

| 3.5 | Inpax Academy, LLC | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line 4.46 |
| | 900 Providence Blvd., #100 | ☐ Schedule G, line _____ |
| | Street | |
| | Pittsburgh PA    15237 | |
| | City    State    ZIP Code | |

| 3.6 | Inpax Academy, LLC | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line 4.22 |
| | 900 Providence Blvd., #100 | ☐ Schedule G, line _____ |
| | Street | |
| | Pittsburgh PA    15237 | |
| | City    State    ZIP Code | |

| 3.7 | Inpax Academy, LLC | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line 4.29 |
| | 900 Providence Blvd., #100 | ☐ Schedule G, line _____ |
| | Street | |
| | Pittsburgh PA    15237 | |
| | City    State    ZIP Code | |

| 3.8 | Inpax Academy, LLC | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line 4.3 |
| | 900 Providence Blvd., #100 | ☐ Schedule G, line _____ |
| | Street | |
| | Pittsburgh PA    15237 | |
| | City    State    ZIP Code | |

| 3.9 | Inpax Academy, LLC | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line 4.18 |
| | 900 Providence Blvd., #100 | ☐ Schedule G, line _____ |
| | Street | |
| | Pittsburgh PA    15237 | |
| | City    State    ZIP Code | |

| 3.10 | Inpax Academy, LLC | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line 4.32 |
| | 900 Providence Blvd., #100 | ☐ Schedule G, line _____ |
| | Street | |
| | Pittsburgh PA    15237 | |
| | City    State    ZIP Code | |

| 3.11 | Inpax Academy, LLC | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line 4.33 |
| | 900 Providence Blvd., #100 | ☐ Schedule G, line _____ |
| | Street | |
| | Pittsburgh PA    15237 | |
| | City    State    ZIP Code | |

| 3.12 | Inpax Academy, LLC | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line 4.34 |
| | 900 Providence Blvd., #100 | ☐ Schedule G, line _____ |
| | Street | |
| | Pittsburgh PA    15237 | |
| | City    State    ZIP Code | |

| 3.13 | Inpax Academy, LLC | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line 4.5 |
| | 900 Providence Blvd., #100 | ☐ Schedule G, line _____ |
| | Street | |
| | Pittsburgh PA    15237 | |
| | City    State    ZIP Code | |

Debtor    Samuel A. Rosenberg & Christine E. Rosenberg
    First Name    Middle Name    Last Name    Case number (if known) _____

| 3.14 | Inpax Academy, LLC | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line 4.4 |
| | 900 Providence Blvd., #100 | ☐ Schedule G, line _____ |
| | Street | |
| | Pittsburgh PA    15237 | |
| | City    State    ZIP Code | |

| 3.15 | Inpax Academy, LLC | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line 4.2 |
| | 900 Providence Blvd., #100 | ☐ Schedule G, line _____ |
| | Street | |
| | Pittsburgh PA    15237 | |
| | City    State    ZIP Code | |

| 3.16 | Inpax Academy, LLC | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line 4.1 |
| | 900 Providence Blvd., #100 | ☐ Schedule G, line _____ |
| | Street | |
| | Pittsburgh PA    15237 | |
| | City    State    ZIP Code | |

| 3.17 | Inpax Academy, LLC | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line 4.6 |
| | 900 Providence Blvd., #100 | ☐ Schedule G, line _____ |
| | Street | |
| | Pittsburgh PA    15237 | |
| | City    State    ZIP Code | |

| 3.18 | Inpax Academy, LLC | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line 4.10 |
| | 900 Providence Blvd., #100 | ☐ Schedule G, line _____ |
| | Street | |
| | Pittsburgh PA    15237 | |
| | City    State    ZIP Code | |

| 3.19 | Inpax Academy, LLC | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line 4.9 |
| | 9186 Covenant Avenue | ☐ Schedule G, line _____ |
| | Street | |
| | Pittsburgh PA    15237 | |
| | City    State    ZIP Code | |

| 3.20 | Inpax Academy, LLC | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line 4.11 |
| | 900 Providence Blvd., #100 | ☐ Schedule G, line _____ |
| | Street | |
| | Pittsburgh PA    15237 | |
| | City    State    ZIP Code | |

| 3.21 | Inpax Academy, LLC | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line 4.13 |
| | 900 Providence Blvd., #100 | ☐ Schedule G, line _____ |
| | Street | |
| | Pittsburgh PA    15237 | |
| | City    State    ZIP Code | |

| 3.22 | Inpax Academy, LLC | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line 4.14 |
| | 900 Providence Blvd., #100 | ☐ Schedule G, line _____ |
| | Street | |
| | Pittsburgh PA    15237 | |
| | City    State    ZIP Code | |

Debtor Samuel A. Rosenberg & Christine E. Rosenberg Case number (if known)

| 3.23 | Inpax Academy, LLC | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line 4.15 |
| | 900 Providence Blvd., #100 | ☐ Schedule G, line _____ |
| | Street | |
| | Pittsburgh PA    15237 | |
| | City    State    ZIP Code | |

| 3.24 | Inpax Academy, LLC | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line 4.17 |
| | 900 Providence Blvd., #100 | ☐ Schedule G, line _____ |
| | Street | |
| | Pittsburgh PA    15237 | |
| | City    State    ZIP Code | |

| 3.25 | Inpax Academy, LLC | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line 4.16 |
| | 900 Providence Blvd., #100 | ☐ Schedule G, line _____ |
| | Street | |
| | Pittsburgh PA    15237 | |
| | City    State    ZIP Code | |

| 3.26 | Inpax Academy, LLC | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line 4.19 |
| | 900 Providence Blvd., #100 | ☐ Schedule G, line _____ |
| | Street | |
| | Pittsburgh PA    15237 | |
| | City    State    ZIP Code | |

| 3.27 | Inpax Academy, LLC | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line 4.23 |
| | 900 Providence Blvd., #100 | ☐ Schedule G, line _____ |
| | Street | |
| | Pittsburgh PA    15237 | |
| | City    State    ZIP Code | |

| 3.28 | Inpax Academy, LLC | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line 4.24 |
| | 900 Providence Blvd., #100 | ☐ Schedule G, line _____ |
| | Street | |
| | Pittsburgh PA    15237 | |
| | City    State    ZIP Code | |

| 3.29 | Inpax Academy, LLC | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line 4.25 |
| | 900 Providence Blvd., #100 | ☐ Schedule G, line _____ |
| | Street | |
| | Pittsburgh PA    15237 | |
| | City    State    ZIP Code | |

| 3.30 | Inpax Academy, LLC | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line 4.26 |
| | 900 Providence Blvd., #100 | ☐ Schedule G, line _____ |
| | Street | |
| | Pittsburgh PA    15237 | |
| | City    State    ZIP Code | |

| 3.31 | Inpax Academy, LLC | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line 4.27 |
| | 900 Providence Blvd., #100 | ☐ Schedule G, line _____ |
| | Street | |
| | Pittsburgh PA    15237 | |
| | City    State    ZIP Code | |

Debtor   Samuel A. Rosenberg & Christine E. Rosenberg

| 3.32 | Inpax Academy, LLC | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line 4.30 |
| | 900 Providence Blvd., #100 | ☐ Schedule G, line _____ |
| | Street | |
| | Pittsburgh PA    15237 | |
| | City     State   ZIP Code | |

| 3.33 | Inpax Academy, LLC | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line 4.31 |
| | 900 Providence Blvd., #100 | ☐ Schedule G, line _____ |
| | Street | |
| | Pittsburgh PA    15237 | |
| | City     State   ZIP Code | |

| 3.34 | Inpax Academy, LLC | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line 4.35 |
| | 900 Providence Blvd., #100 | ☐ Schedule G, line _____ |
| | Street | |
| | Pittsburgh PA    15237 | |
| | City     State   ZIP Code | |

| 3.35 | Inpax Academy, LLC | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line 4.36 |
| | 900 Providence Blvd., #100 | ☐ Schedule G, line _____ |
| | Street | |
| | Pittsburgh PA    15237 | |
| | City     State   ZIP Code | |

| 3.36 | Inpax Academy, LLC | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line 4.39 |
| | 900 Providence Blvd., #100 | ☐ Schedule G, line _____ |
| | Street | |
| | Pittsburgh PA    15237 | |
| | City     State   ZIP Code | |

| 3.37 | Inpax Academy, LLC | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line 4.41 |
| | 900 Providence Blvd., #100 | ☐ Schedule G, line _____ |
| | Street | |
| | Pittsburgh PA    15237 | |
| | City     State   ZIP Code | |

| 3.38 | Inpax Academy, LLC | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line 4.42 |
| | 900 Providence Blvd., #100 | ☐ Schedule G, line _____ |
| | Street | |
| | Pittsburgh PA    15237 | |
| | City     State   ZIP Code | |

| 3.39 | Inpax Academy, LLC | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line 4.44 |
| | 900 Providence Blvd., #100 | ☐ Schedule G, line _____ |
| | Street | |
| | Pittsburgh PA    15237 | |
| | City     State   ZIP Code | |

| 3.40 | Inpax Academy, LLC | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line 4.45 |
| | 900 Providence Blvd., #100 | ☐ Schedule G, line _____ |
| | Street | |
| | Pittsburgh PA    15237 | |
| | City     State   ZIP Code | |

Debtor    Samuel A. Rosenberg & Christine E. Rosenberg          Case number (if known) _____
        First Name    Middle Name    Last Name

Case 21-20794-CMB    Doc 1    Filed 04/02/21    Entered 04/02/21 11:44:53    Desc Main
                          Document    Page 45 of 71

| 3.41 | Inpax Academy, LLC | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.47 |
| | 900 Providence Blvd., #100 | ☐ Schedule G, line _____ |
| | Street | |
| | Pittsburgh PA    15237 | |
| | City    State    ZIP Code | |

| 3.42 | Inpax Academy, LLC | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.20 |
| | 900 Providence Blvd., #100 | ☐ Schedule G, line _____ |
| | Street | |
| | Pittsburgh PA    15237 | |
| | City    State    ZIP Code | |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Samuel A. Rosenberg |
| | First Name  Middle Name  Last Name |
| Debtor 2 | Christine E. Rosenberg |
| (Spouse, if filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | Western District of Pennsylvania |
| Case number (If known) | _____ |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

| 1. Fill in your employment information. | | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| Include part-time, seasonal, or self-employed work. | Occupation | Trainer | _____ |
| Occupation may include student or homemaker, if it applies. | Employer's name | Global Protective Services, Inc. | _____ |
| | Employer's address | 119 Neely School Road<br>Number  Street | _____<br>Number  Street |
| | | _____ | _____ |
| | | Wexford, PA 15090<br>City  State  ZIP Code | _____<br>City  State  ZIP Code |
| | How long employed there? | 7 years | _____ |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 4,000.00 | $ 0.00 |
| 3. **Estimate and list monthly overtime pay.** | 3. | + $ 0.00 | + $ 0.00 |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $ 4,000.00 | $ |

| Debtor 1 | Samuel A. Rosenberg & Christine F. Rosenberg | | Case number (if known) _____ |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| | Copy line 4 here ................................................ → | 4. | $ 4,000.00 | $ 0.00 |

5. List all payroll deductions:

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 472.00 | $ 0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: _____ | 5h. + | $ 0.00 + | $ 0.00 |
| | _____ | | $ _____ | $ _____ |
| | _____ | | $ _____ | $ _____ |
| | _____ | | $ _____ | $ _____ |

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| 6. | Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 472.00 | $ 0.00 |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 3,528.00 | $ 0.00 |

8. List all other income regularly received:

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm | | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 1,767.00 | $ 0.00 |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive | | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. | Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. | Other government assistance that you regularly receive | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | |
| | Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. | Other monthly income. Specify: _____ | 8h. + | $ 0.00 + | $ 0.00 |

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| 9. | Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 1,767.00 | $ 0.00 |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 5,295.00 + | $ 0.00 = $ 5,295.00 |

11. State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. + $ _____ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies    12. $ 5,295.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain:

Debtor 1    Samuel A. Rosenberg & Christine E. Rosenberg                                   Case number *(if known)*_____

First Name        Middle Name        Last Name

## Continuation Sheet for Official Form 106I

1. Describe Employment:

Debtor: Samuel A. Rosenberg

Occupation: Owner draw

Name of Employer: Global Protective Services, Inc.

Employer's Address: 119 Neely School Road, Wexford, PA 15090

Length of Employment: 7 years

-------

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Samuel A. Rosenberg |
| | First Name                    Middle Name                    Last Name |
| Debtor 2 | Christine E. Rosenberg |
| (Spouse, if filing) | First Name                    Middle Name                    Last Name |
| United States Bankruptcy Court for the: | Western District of Pennsylvania |
| | (State) |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No.  Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**
      ☑ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent.........................

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Daughter | 12 | ☐ No  ☑ Yes |
   | Son | 10 | ☐ No  ☑ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ 1,524.62 |
| If not included in line 4: | | |
| 4a.  Real estate taxes | 4a. | $ 750.00 |
| 4b.  Property, homeowner's, or renter's insurance | 4b. | $ 142.00 |
| 4c.  Home maintenance, repair, and upkeep expenses | 4c. | $ 180.00 |
| 4d.  Homeowner's association or condominium dues | 4d. | $ 0.00 |

Debtor 1     Samuel A. Rosenberg & Christine E. Rosenberg

First Name      Middle Name          Last Name

Case number *(if known)*_____

|  | Your expenses |
|---|---|

5.  **Additional mortgage payments for your residence**, such as home equity loans    5.    $_____ 0.00

6.  **Utilities:**

   6a.   Electricity, heat, natural gas    6a.    $_____ 446.00

   6b.   Water, sewer, garbage collection    6b.    $_____ 240.00

   6c.   Telephone, cell phone, Internet, satellite, and cable services    6c.    $_____ 232.00

   6d.   Other. Specify:_____    6d.    $_____ 0.00

7.  **Food and housekeeping supplies**    7.    $_____ 1,500.00

8.  **Childcare and children's education costs**    8.    $_____ 263.00

9.  **Clothing, laundry, and dry cleaning**    9.    $_____ 250.00

10.  **Personal care products and services**    10.    $_____ 250.00

11.  **Medical and dental expenses**    11.    $_____ 0.00

12.  **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.    12.    $_____ 550.00

13.  **Entertainment, clubs, recreation, newspapers, magazines, and books**    13.    $_____ 350.00

14.  **Charitable contributions and religious donations**    14.    $_____ 0.00

15.  **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a.   Life insurance    15a.    $_____ 47.52

   15b.   Health insurance    15b.    $_____ 874.00

   15c.   Vehicle insurance    15c.    $_____ 264.00

   15d.   Other insurance. Specify:_____    15d.    $_____ 0.00

16.  **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _Ligonier Land_____    16.    $_____ 10.00

17.  **Installment or lease payments:**

   17a.   Car payments for Vehicle 1    17a.    $_____ 263.44

   17b.   Car payments for Vehicle 2    17b.    $_____ 0.00

   17c.   Other. Specify: _pest control_____    17c.    $_____ 73.00

   17d.   Other. Specify:_____    17d.    $_____ 0.00

18.  **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**    18.    $_____ 0.00

19.  **Other payments you make to support others who do not live with you.**
Specify:_____    19.    $_____ 0.00

20.  **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

   20a.   Mortgages on other property    20a.    $_____ 0.00

   20b.   Real estate taxes    20b.    $_____ 0.00

   20c.   Property, homeowner's, or renter's insurance    20c.    $_____ 0.00

   20d.   Maintenance, repair, and upkeep expenses    20d.    $_____ 0.00

   20e.   Homeowner's association or condominium dues    20e.    $_____ 0.00

| Debtor 1 | Samuel A. Rosenberg | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

21. **Other**. Specify:_____    21.    +$_____0.00

_____    +$_____

_____    +$_____

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.    22a.    $_____8,209.58

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 22c. Add line 22a    22b.    $_____

    and 22b. The result is your monthly expenses.    22c.    $_____8,209.58

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a.    $_____5,295.00

    23b. Copy your monthly expenses from line 22c above.    23b.    −$_____8,209.58

    23c. Subtract your monthly expenses from your monthly income.
    The result is your *monthly net income*.    23c.    $_____-2,914.58

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.    Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Samuel A. Rosenberg |
| | First Name    Middle Name    Last Name |
| Debtor 2 | Christine E. Rosenberg |
| (Spouse, if filing) | First Name    Middle Name    Last Name |

United States Bankruptcy Court for the Western District of Pennsylvania

Case number _____
(If known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✖ /s/ Samuel A. Rosenberg                    ✖ /s/ Christine E. Rosenberg
Signature of Debtor 1                          Signature of Debtor 2

Date 04/02/2021                               Date 04/02/2021
MM / DD / YYYY                                MM / DD / YYYY

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Samuel A. Rosenberg |
| | First Name        Middle Name        Last Name |
| Debtor 2 | Christine E. Rosenberg |
| (Spouse, if filing) | First Name        Middle Name        Last Name |

United States Bankruptcy Court for the:  Western District of Pennsylvania

Case number
(if know)

☐ Check if this is an
amended filing

---

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ **Married**
☐ **Not married**

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H)

## Part 2:    Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you received income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 5,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ **Operating a business** | $ 0.0 |
| **For last calendar year:**<br><br>(January 1 to December 31, 2020 ) | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 110,800.00 | ☐ Wages, commissions, bonuses, tips<br>☐ **Operating a business** | $ 0.0 |
| **For the calendar year before that:**<br><br>(January 1 to December 31, 2019 ) | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 207,816.00 | ☐ Wages, commissions, bonuses, tips<br>☐ **Operating a business** | $ 0.0 |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☑ Yes. Fill in the details.

Debtor   Samuel A. Rosenberg & Christine E. Rosenberg   Case number *(if known)* _____

First Name   Middle Name   Last Name

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Business draw _____ | $ 5,302.00 _____ | _____ | _____ |
| **For last calendar year:**<br>(January 1 to December 31, 2020 ) | | | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2019 ) | | | | |

---

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ **No.** Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as
"incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $6,825* or more in one or more payments and
the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ **Yes.** Debtor 1 or Debtor 2 or both have primarily consumer debts.
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that
creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| **Freedom Mortgage**<br>Creditor's Name<br>**P.O. Box 6656**<br>Number   Street<br>**Chicago IL   60680-6656**<br>City   State   ZIP Code | 02/01/2021<br>01/15/2021 | $ 7,252.77 | $ 280,173.19 | ☑ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?** *Insiders* include your
relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No.
☐ Yes. List all payments to an insider.

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No.
☐ Yes. List all payments that benefited an insider.

Debtor    Samuel A. Rosenberg & Christine E. Rosenberg                    Case number(if known) _____
_____
First Name    Middle Name    Last Name

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title:<br>McMed Partners, LLC v. Samuel Rosenberg<br>Case number: GD-20-004194 | Confession; Date filed: 03/16/2020 | Court of Common Pleas<br>Court Name<br>414 Grant Street<br>Number    Street<br><br>Pittsburgh PA    15219<br>City    State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title:<br>Patriot Janitorial v. Inpax and Samuel Rosenberg<br>Case number: CV-162-20 | Collection; Date filed: 04/09/2020 | Honorable William Wagner<br>Court Name<br>8105 Perry Highway, Lower Level<br>Number    Street<br><br>Pittsburgh PA    15237<br>City    State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Part 6: | List Certain Losses |
|---|---|

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Part 7: | List Certain Payments or Transfers |
|---|---|

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

Debtor    Samuel A. Rosenberg & Christine E. Rosenberg                    Case number *(if known)* _____
          First Name        Middle Name        Last Name

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Francis Corbett | | 03/16/2021 | $ 4,000.00 |
| Person Who Was Paid | | 05/22/2020 | $ 1,500.00 |
| Mitchell Building - 707 | | | |
| Number    Street | | | |
| 304 Ross Street | | | |
| Pittsburgh PA    15219 | | | |
| City       State   ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

- [x] No
- [ ] Yes. Fill in the details.

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

- [x] No
- [ ] Yes. Fill in the details.

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called asset-protection devices.)

- [x] No
- [ ] Yes. Fill in the details.

## Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

- [x] No
- [ ] Yes. Fill in the details.

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

- [x] No
- [ ] Yes. Fill in the details.

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy**

- [x] No
- [ ] Yes. Fill in the details.

## Part 9:    Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

- [x] No
- [ ] Yes. Fill in the details.

## Part 10:    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize

Debtor   Samuel A. Rosenberg & Christine E. Rosenberg   Case number *(if known)* _____

First Name   Middle Name   Last Name

it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| **Part 11:** | **Give Details About Your Business or Connections to Any Business** |
|---|---|

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☑ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

| Next Evolution, Inc. | **Describe the nature of the business** | **Employer Identification number** Do not include Social Security number or ITIN. |
|---|---|---|
| Business Name | Self-defense instruction | EIN: 2 0 – 0 0 7 7 1 4 9 |
| 119 Neely School Road | | Dates business existed |
| Number   Street | **Name of accountant or bookkeeper** | From 01/01/2020   To Current |
| Wexford PA   15090 | Tracy L. Lewis | |
| City   State   ZIP Code | | |

| Global Protective Services, Inc. | **Describe the nature of the business** | **Employer Identification number** Do not include Social Security number or ITIN. |
|---|---|---|
| Business Name | Private investigations | EIN: 4 5 – 1 8 2 1 8 7 2 |
| 119 Neely School Road | | Dates business existed |
| Number   Street | **Name of accountant or bookkeeper** | From 01/01/2014   To Current |
| Wexford PA   15090 | Tracy L. Lewis | |
| City   State   ZIP Code | | |

| Inpax Academy, LLC | **Describe the nature of the business** | **Employer Identification number** Do not include Social Security number or ITIN. |
|---|---|---|
| Business Name | Security training and shooting range | EIN: 8 1 – 4 2 4 4 6 2 5 |
| 900 Providence Blvd. | | Dates business existed |
| Number   Street | **Name of accountant or bookkeeper** | From 01/01/2003   To 12/31/2019 |
| Pittsburgh PA   15237 | | |
| City   State   ZIP Code | | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No. None of the above applies. Go to Part 12.
☐ Yes. Check all that apply above and fill in the details below for each business.

Debtor    Samuel A. Rosenberg & Christine E. Rosenberg    Case number *(if known)* _____

<u>First Name</u>    <u>Middle Name</u>    <u>Last Name</u>

---

| Part 12: | Sign Below |

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

✖ /s/ Samuel A. Rosenberg                    ✖ /s/ Christine E. Rosenberg
Signature of Debtor 1                         Signature of Debtor 2

Date  04/02/2021                              Date  04/02/2021

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____    Attach the Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Samuel A. Rosenberg |
| | First Name                    Middle Name                    Last Name |
| Debtor 2 | Christine E. Rosenberg |
| (Spouse, if filing) | First Name                    Middle Name                    Last Name |

United States Bankruptcy Court for the Western District of Pennsylvania

Case number _____
(If known)

☐ Check if this is an
  amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Have Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Freedom Mortgage**<br><br>Description of property securing debt: **911 Cedar Crest Court** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☑ Retain the property and [explain]:<br>    Pay | ☑ No<br><br>— Yes |
| Creditor's name: **USAA Auto Loan**<br><br>Description of property securing debt: **2017 Dodge Ram** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☑ Retain the property and [explain]:<br>    Pay | ☐ No<br>☑ Yes |
| Creditor's name: **LWBC LLC**<br><br>Description of property securing debt: **911 Cedar Crest Court** | ☐ Surrender the property.<br>☑ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |

Debtor    Samuel A. Rosenberg & Christine E. Rosenberg                                    Case number (If known)_____

---

## Part 2:    List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G),
fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet
ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br><br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name:<br><br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name:<br><br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name:<br><br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name:<br><br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name:<br><br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name:<br><br>Description of leased property: | ☐ No<br>☐ Yes |

---

## Part 3:    Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any
personal property that is subject to an unexpired lease.**

✘ /s/ Samuel A. Rosenberg                                ✘ /s/ Christine E. Rosenberg
Signature of Debtor 1                                    Signature of Debtor 2

Date  04/02/2021                                         Date  04/02/2021
MM / DD / YYYY                                           MM / DD / YYYY

| Fill in this information to identify your case: |
|---|

Debtor 1    **Samuel A. Rosenberg**
      First Name       Middle Name       Last Name

Debtor 2    **Christine E. Rosenberg**
(Spouse, if filing)   First Name       Middle Name       Last Name

United States Bankruptcy Court for the:  Western District of Pennsylvania

Case number
(if known) _____

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A–2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A—1

# Chapter 7 Statement of Your Current Monthly Income
04/20

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

| Part 1: | Calculate Your Current Monthly Income |
|---|---|

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☑ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

     ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

     ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  |  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions) | $_____ | $_____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $_____ | $_____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $_____ | $_____ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $_____ | $_____ | | | |
| Ordinary and necessary operating expenses | – $_____ | – $_____ | | | |
| Net monthly income from a business, profession, or farm | $_____ | $_____ | Copy here➔ | $_____ | $_____ |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $_____ | $_____ | | | |
| Ordinary and necessary operating expenses | – $_____ | – $_____ | | | |
| Net monthly income from rental or other real property | $_____ | $_____ | Copy here➔ | $_____ | $_____ |

| 7. | **Interest, dividends, and royalties** | $_____ | $_____ |
|---|---|---|---|

| Debtor 1 | Samuel A. Rosenberg | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | | |

| | | Column A
Debtor 1 | Column B
Debtor 2 or
non-filing spouse |
|---|---|---|---|

**8.  Unemployment compensation** — $_____  $_____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ...............................↓

For you ..................................................................... $_____

For your spouse ...................................................... $_____

**9.  Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. — $_____  $_____

**10.  Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments made under the Federal law relating to the national emergency declared by the President under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the coronavirus disease 2019 (COVID-19); payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniforces. If necessary, list other sources on a separate page and put the total below.

_____   $_____  $_____

_____   $_____  $_____

Total amounts from separate pages, if any.   + $_____  + $_____

**11.  Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.   $_____ + $_____ = $_____ **Total current monthly income**

---

## Part 2:  Determine Whether the Means Test Applies to You

**12.  Calculate your current monthly income for the year.** Follow these steps:

12a.   Copy your total current monthly income from line 11...............................Copy line 11 here➤   $_____

Multiply by 12 (the number of months in a year).   **x 12**

12b.   The result is your annual income for this part of the form.   12b.   $_____

**13.  Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.   [_____]

Fill in the number of people in your household.   [_____]

Fill in the median family income for your state and size of household. ...............................   13.   $_____

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14.  How do the lines compare?**

14a. ☐   Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ☐   Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A–2.

Debtor 1  Samuel A. Rosenberg

First Name    Middle Name    Last Name

Case number (*if known*)_____

| Part 3: | Sign Below |
|---------|------------|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✘ /s/ Samuel A. Rosenberg

Signature of Debtor 1

Date 04/02/2021
MM / DD / YYYY

✘ /s/ Christine E. Rosenberg

Signature of Debtor 2

Date 04/02/2021
MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

Fill in this information to identify your case:

Debtor 1    Samuel A. Rosenberg
         First Name            Middle Name          Last Name

Debtor 2    Christine E. Rosenberg
(Spouse, if filing)   First Name            Middle Name          Last Name

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number _____
(If known)

☐ Check if this is an amended filing

## Official Form 122A—1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)   12/15

**File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).**

### Part 1:   Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave on line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

   ☑ No. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes. Go to Part 2.

### Part 2:   Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))**?**

   ☑ No. Go to line 3.

   ☐ Yes. Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1)); 32 U.S.C. § 901(1).

        ☐ No. Go to line 3.

        ☐ Yes. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☑ No. Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes. Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

        ☐ No. Complete Form 122A-1. Do not submit this supplement.

        ☐ Yes. Check any one of the following categories that applies:

            ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty**.**

            ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

            ☐ **I am performing a homeland defense activity for at least 90 days.**

            ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

   > If you checked one of the categories to the left, go to Form 22A-1. On the top of page 1 of Form 22A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 22A-1. You are not required to fill out the rest of Official Form 22A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
   >
   > If your exclusion period ends before your case is closed, you may have to file an amended form later.

ADP, Inc.
P.O. Box 645177
Cincinnati, OH 45264

Advanticom, Inc.
191 Wyngate Drive
Monroeville, PA 15146

Altius Receivables Management
2400 Veterans Memorial Blvd.
Suite 300
Kenner, LA 70062

AmChar Wholesale, Inc.
100 Airpark Drive
Rochester, NY 14624

Amcom Photocopy Equipment Company of Pittsbur
3600 McClaren Woods Road
Coraopolis, PA 15108

Avalara, Inc.
Dept. CH 16781
Palatine, IL 60055-6781

Bigleaf Networks
Dept. LA 24973
Pasadena, CA 91185-4973

C&G Arms LLC
855 6th Avenue, 2nd Floor
Brackenridge, PA 15014

Capital One
P.O. Box 71083
Charlotte, NC 28272-1083

Capital One-Spark
P.O. Box 30285
Salt Lake City, UT 84130

Celerant Technology Corp.
4830 Arthur Kill Road
Staten Island, NY 10309

Cintas
6800 Cintas Blvd.
Cincinnati, OH 45267

Citi Cards-Costco
P.O. Box 70272
Philadelphia, PA 19176-0272

Construction Rental & Supply, Inc.
5601 Grand Avenue
Pittsburgh, PA 15225-1200

Crown Equipment Corporation
P.O. Box 641173
Cincinnati, OH 45264-1173

David Valencik, Esquire
Calaiaro Valencik
938 Penn Avenue, Suite 501
Pittsburgh, PA 15222

Freedom Mortgage
P.O. Box 6656
Chicago, IL 60680-6656

iHeart Media
P.O. Box 419499
Boston, MA 02241-9499

Inpax Academy, LLC
900 Providence Blvd., #100
Pittsburgh, PA 15237

Inpax Academy, LLC
9186 Covenant Avenue
Pittsburgh, PA 15237

IPFS Corporation
P.O. Box 412086
Kansas City, MO 64141-2086

J.E.D. Investments, LLC
1906 Colonial Drive
Sewickley, PA 15143

Joseph & Deeann Bellisimo
1906 Colonial Drive
Sewickley, PA 15143

LimeCuda
P.O. Box 4829
East Lansing, MI 48826

LWBC LLC
John R. O'Keefe, Jr., Esquire
535 Smithfield St., Suite 800
Pittsburgh, PA 15222

Magtech Ammunition Co. Inc.
9100 Wyoming Avenue N
Suite 515
Minneapolis, MN 55445

McCandless Township Sanitary Authority
418 Arcadia Drive
Pittsburgh, PA 15237

McCutcheon Enterprises, Inc.
250 Park Road
Apollo, PA 15613

McMed Partners, LLC
111 East Oak Street
Selma, NC 27576

Patriot Janitorial & Maintenance Supply
405 Kara Court
Gibsonia, PA 15044

Pittsburgh City Paper
650 Smithfield Street #2200
P.O. Box 40289
Pittsburgh, PA 15222

Pittsburgh Public Safety Supply, Inc.
6104 Grand Avenue
Pittsburgh, PA 15225

Quest Diagnostics
P.O. Box 740709
Atlanta, GA 30374

Revo Brand Group
5480 Nathan Lane N. Suite 120
Minneapolis, MN 55442

Robert E. Dauer, Esquire
Meyer, Unkovic & Scott, LLP
535 Smithfield  St., Suite 1300
Pittsburgh, PA 15222-2315

Root and Branch
217 Puritan Road
Carnegie, PA 15106

Rothman Gordon, PC
300 Grant Building
310 Grant Street
Pittsburgh, PA 15219

RSR Group, Inc.
P.O. Box 116325
Atlanta, GA 30368-6325

Scalise Industries Corporation
P.O. Box 611
Lawrence, PA 15055

Seal 1, LLC
826 Orange Avenue
Suite 492
Coronado, CA 92118

Sean D. Smarick
481 Oakcrest Drive
Monroeville, PA 15146

Shadow Systems LLC
730 F. Avenue
Suite 220
Plano, TX 75074

Sig Sauer
72 Pease Blvd.
Portsmouth, NH 03801

Sports South LLC
101 Robert G. Harris Drive
Shreveport, LA 71115

Sports South, LLC
101 Robert G. Harris Drive
Shreveport, LA 71115

Steel City Landscaping
111 E. Oak Street
Selma, NC 27576

Synchrony Bank/Sam's Club
P.O. Box 960013
Orlando, FL 32896-0013

Target Card Services
P.O. Box 660170
Dallas, TX 75266-0170

The Insurance House
P.O. Box 701652
Plymouth, MI 48170


The Leviton Law Firm, Ltd.
One Pierce Place
Suite 725W
Itasca, IL 60143


TJX Rewards/Synchbank
P.O. Box 530949
Atlanta, GA 30353-0949


Town of McCandless
9955 Grubbs Road
Wexford, PA 15090


UPS
P.O. Box 25084
Lehigh Valley, PA 18002


USAA Auto Loan
10750 McDermott Freeway
San Antonio, TX 78288


USAA Credit Card Payments
10750 McDermott Freeway
San Antonio, TX 78288


Vaultek Safe, Inc.
37 N. Orange Avenue
Suite 800B
Orlando, FL 32801


Vortex Optics
1 Vortex Drive
Barneveld, WI 53507


Wells Fargo Equipment Finance
P.O. Box 7777
San Francisco, CA 94120-7777


Worksite Medical
P.O. Box 6050
Hermitage, PA 16148-1050

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Samuel A. Rosenberg & Christine E.
Rosenberg

Case No.

Chapter    7

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____04/02/2021_____

/s/ Samuel A. Rosenberg
_____
Signature of Debtor

/s/ Christine E. Rosenberg
_____
Signature of Joint Debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Western District of Pennsylvania

**In re** Samuel A. Rosenberg & Christine E. Rosenberg

Case No. _____

**Debtor**

Chapter <u>7</u>_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

[✔] <u>FLAT FEE</u>

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ <u>4,662.00</u>

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . $ <u>4,662.00</u>

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ <u>0.00</u>

[ ] <u>RETAINER</u>

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $_____

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $_____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   [✔] Debtor            [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [✔] Debtor            [ ] Other (specify)

4. [✔] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

   d.   [Other provisions as needed]

All.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

None.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for
payment to me for representation of the debtor(s) in this bankruptcy proceeding.

04/02/2021

*Date*

/s/ Francis Corbett, 37594

*Signature of Attorney*

Francis Corbett

*Name of law firm*

304 Ross Street
Mitchell Building - 707
Pittsburgh, PA 15219
(412) 456-1882
fcorbett@fcorbettlaw.com