IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 21-20791-CMB |
|    Samuel A. Rosenberg | : | |
|    Christine E. Rosenberg | : | |
|         Debtors | : | |
| | : | Chapter 7 |
|    Samuel A. Rosenberg | : | |
|    Christine E. Rosenberg | : | |
|         Movants | : | |
| | : | Related to Document No. 1 |
|    v. | : | |
| | : | |
|    No Respondent | : | |

## AMENDMENT COVER SHEET

Amendments to the following schedules are transmitted herewith:

\_\_\_\_\_ Voluntary Petition - *Specify reason for amendment*:

<u>Official Form 6 Schedules</u> (Itemization of Changes Must Be Specified)
\_\_\_\_\_ Summary of Schedules
\_\_\_\_\_ Schedule A - Real Property
\_\_X\_\_ Schedule B - Personal Property
Add No. 23-Delaware Life annuity; add No. 31 American National term life policies
\_\_\_\_\_ Schedule C - Property Claimed as Exempt
\_\_\_\_\_ Schedule D - Creditors holding Secured Claims
      Check one:
         \_\_\_\_\_ Creditor(s) added
         \_\_\_\_\_ NO creditor(s) added
         \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_ Schedule E - Creditors Holding Unsecured Priority Claims
      Check one:
         \_\_\_\_\_ Creditor(s) added
         \_\_\_\_\_ NO creditor(s) added
         \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_ Schedule F - Creditors Holding Unsecured Nonpriority Claims
      Check one:
         \_\_\_\_\_ Creditor(s) added
         \_\_\_\_\_ NO creditor(s) added
         \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_ Schedule G - Executory Contracts and Unexpired Leases
      Check one:
         \_\_\_\_\_ Creditor(s) added
         \_\_\_\_\_ NO creditor(s) added
         \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_ Schedule H - Codebtors
\_\_\_\_\_ Schedule I - Current Income of Individual Debtor(s)
\_\_\_\_\_ Schedule J - Current Expenditures of Individual Debtor(s)
\_\_\_\_\_ Statement of Financial Affairs
\_\_\_\_\_ Chapter 7 Individual Debtor's Statement of Intention
\_\_\_\_\_ Chapter 11 List of Equity Security Holders
\_\_\_\_\_ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
\_\_\_\_\_ Disclosure of Compensation of Attorney for Debtor
\_\_\_\_\_ Other: _____

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Bankruptcy Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows:

Rosemary Crawford, Esquire crawfordmcdonald@aol.com
Office of the United States Trustee ustpregion03.p1.ecf@usdoj.gov
John R. O'Keefe, Esquire jokeefe@metzlewis.com
Justin M. Tuskan, Esquire jtuskan@metzlewis.com


Date:  04/14/21                             /s/Francis E. Corbett_____
                                            Attorney for Debtor

                                            Francis E. Corbett_____
                                            (Typed Name)

                                            304 Ross St., 707, Pittsburgh PA 15219__
                                            (Address)

                                            412 456-1882_____
                                            (Phone No.)

                                            PA ID# 37594_____
                                            List Bar I.D. and State of Admission


Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

**Fill in this information to identify your case and this filing:**

Debtor 1: Samuel A. Rosenberg

Debtor 2 (Spouse, if filing): Christine E. Rosenberg

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number (if known): 21-20791-CMB

☑ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   - ☐ No. Go to Part 2
   - ☑ Yes. Where is the property?

**1.1** 911 Cedar Crest Court
Wexford, PA 15090
Allegheny County

What is the property? Check all that apply
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

Who has an interest in the property? Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Current value of the entire property? $427,000.00
Current value of the portion you own? $427,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Tenancy by the Entireties

☐ Check if this is community property

**1.2** 10 acres
Ligonier, PA
Westmoreland County

What is the property? Check all that apply
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

Who has an interest in the property? Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Current value of the entire property? $10,000.00
Current value of the portion you own? $10,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Fee simple

☐ Check if this is community property

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here............ ➤ $437,000.00

AMENDED

Debtor 1 _Samuel A. Rosenberg & Christine E. Rosenberg_
   First Name    Middle Name    Last Name

Case number *(if known)* 21-20791-CMB

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   ☐ No
   ☑ Yes

   3.1 Make: Dodge
   Model: Ram
   Year: 2017
   Approximate mileage: 41000
   Other information:
   Condition: Good;

   **Who has an interest in the property?** Check one
   ☑ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ **Check if this is community property** (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

   **Current value of the entire property?**  **Current value of the portion you own?**
   $ 24,000.00    $ 24,000.00

   3.2 Make: Toyota
   Model: Sienna
   Year: 2015
   Approximate mileage: 82,000
   Other information:
   Condition: Good;

   **Who has an interest in the property?** Check one
   ☐ Debtor 1 only
   ☑ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ **Check if this is community property** (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

   **Current value of the entire property?**  **Current value of the portion you own?**
   $ 10,000.00    $ 10,000.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☑ No
   ☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**.........................................................▶    $ 34,000.00

## Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe...

   Furniture, appliances, linens, kitchenware    $ 12,000.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☑ No
   ☐ Yes. Describe...

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe...

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes. Describe...

Case 21-20791-CMB    Doc 16    Filed 04/14/21    Entered 04/14/21 08:56:23    Desc Main
Document    Page 5 of 9                                                      AMENDED

Debtor 1  Samuel A. Rosenberg & Christine E. Rosenberg        Case number *(if known)* 21-20791-CMB
          First Name  Middle Name  Last Name

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No
    ☑ Yes. Describe...

    | Glock 19; 3 Glock 17; Glock 43; 2 Smith & Wesson revolvers; Smith & Wesson M&P Bodyguard; Kimber 45; Walther PPS; Springfield XDS; Springfield Hellcat; Adams AR-15; 4 used Glock 17 training guns | $ 2,595.40 |

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe...

    | Man's and woman's clothing | $ 2,000.00 |

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems gold, silver

    ☐ No
    ☑ Yes. Describe...

    | Wedding and engagement rings | $ 10,000.00 |

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☑ No
    ☐ Yes. Describe...

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Give specific information...

15. **Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here**............................................................................➔  $ 26,595.40

## Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☑ No
    ☐ Yes................................................................................................  Cash ...................  $ _____

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes..................  Institution name:
    17.1. Checking account:    Citizens Bank                                                           $ 778.27

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☐ No
    ☑ Yes..................
    Institution or issuer name:

    | Citizens Bank | $ 313.59 |
    | Fidelity Investments | $ 40,475.96 |
    | Fidelity Investments | $ 18,573.52 |

Case 21-20791-CMB   Doc 16   Filed 04/14/21   Entered 04/14/21 08:56:23   Desc Main
Document   Page 6 of 9                                                      AMENDED

Debtor 1  Samuel A. Rosenberg & Christine E. Rosenberg                      Case number *(if known)* 21-20791-CMB
          First Name   Middle Name   Last Name

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No
    ☒ Yes. Give specific information about them...........

    | Name of entity: | % of ownership: | |
    |---|---|---|
    | Next Evolution, Inc. | 100 % | $ 0.00 |
    | Global Protective Services, Inc. | 60 % | $ 0.00 |
    | Inpax Academy, LLC | 36.8 % | $ 0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
    Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

    ☒ No
    ☐ Yes. Give specific information about them..........

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No
    ☒ Yes. List each account separately

    | Type of account | Institution name | |
    |---|---|---|
    | IRA: | Fidelity Roth IRA | $ 115,703.35 |
    | IRA: | Fidelity Roth IRA | $ 117,936.14 |
    | IRA: | BNY Mellon SEP/IRA | $ 11,397.90 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☒ No
    ☐ Yes.....................

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☐ No
    ☒ Yes.....................

    Issuer name and description:

    | Delaware Life Insurance Company | $ 11,246.79 |
    |---|---|

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☒ No
    ☐ Yes.....................

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☒ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☐ No
    ☒ Yes. Give specific information about them...

    | Patent-Defensive Writing Instrument - 9,428,002, Book-Path of the Victor, Book-The Traveler's Guide to Personal Security, Patent-Defensive Writing Instrument- 9,108,454 | $ 0.00 |
    |---|---|

27. **Licenses, franchises, and other general intangibles**

    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☒ No
    ☐ Yes. Give specific information about them...

**Money or property owed to you?**                                         **Current value of the portion you own?**
                                                                           Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

    [✓] No
    [ ] Yes. Give specific information about them, including whether you already filed the returns and the tax years...

    | | |
    |---|---|
    | Federal: | $ 0.00 |
    | State: | $ 0.00 |
    | Local: | $ 0.00 |

29. **Family support**

    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    [✓] No
    [ ] Yes. Give specific information....

30. **Other amounts someone owes you**

    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    [✓] No
    [ ] Yes. Give specific information....

31. **Interests in insurance policies**

    [ ] No
    [✓] Yes. Name the insurance company of each policy and list its value....

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | Symetra | Christine | $ 37,606.80 |
    | American National | Samuel | $ 0.00 |
    | American National | Christine | $ 0.00 |

32. **Any interest in property that is due you from someone who has died**

    [✓] No
    [ ] Yes. Give specific information....

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    [✓] No
    [ ] Yes. Give specific information....

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    [✓] No
    [ ] Yes. Give specific information....

35. **Any financial assets you did not already list**

    [✓] No
    [ ] Yes. Give specific information....

36. **Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**...................................................................................➔   $ 354,032.32

---

**Part 5:** **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

    [✓] No. Go to Part 6.
    [ ] Yes. Go to line 38.

---

**Part 6:** **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any business-related property?**

    [✓] No. Go to Part 7.
    [ ] Yes. Go to line 47.

---

**Part 7:** **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**

    *Examples:* Season tickets, country club membership

    ☑ No
    ☐ Yes. Give specific information...

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ➤   $ 0.00

### Part 8:   List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ➤   $ 437,000.00
56. **Part 2: Total vehicles, line 5**   $ 34,000.00
57. **Part 3: Total personal and household items, line 15**   $ 26,595.40
58. **Part 4: Total financial assets, line 36**   $ 354,032.32
59. **Part 5: Total business-related property, line 45**   $ 0.00
60. **Part 6: Total farm- and fishing-related property, line 52**   $ 0.00
61. **Part 7: Total other property not listed, line 54**   + $ 0.00
62. **Total personal property. Add lines 56 through 61** ...................   $ 414,627.72    Copy personal property total ➤   + $ 414,627.72
63. **Total of all property on Schedule A/B. Add line 55 + line 62**   $ 851,627.72

**Fill in this information to identify your case:**

Debtor 1      Samuel A. Rosenberg
              First Name    Middle Name    Last Name

Debtor 2      Christine E. Rosenberg
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the Western District of Pennsylvania

Case number   21-20791-CMB
(If known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules       12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ /s/ Samuel A. Rosenberg              ✗ /s/ Christine E. Rosenberg
Signature of Debtor 1                    Signature of Debtor 2

Date 04/14/2021                          Date 04/14/2021
     MM / DD / YYYY                           MM / DD / YYYY

Official Form 106Dec        **Declaration About an Individual Debtor's Schedules**