# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Bankruptcy No. 21-20791-CMB |
| ) | |
| SAMUEL A. ROSENBERG and ) | Chapter 7 |
| CHRISTINE E. ROSENBERG ) | |
| ) | Doc. No. 33 |
| Debtors. ) | |
| ) | |
| ) | |
| LWBC, LLC ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| SAMUEL A. ROSENBERG and ) | |
| CHRISTINE E. ROSENBERG ) | |
| ) | |
| Respondents. ) | |

## ORDER OF COURT

AND NOW this 25th day of June, 2021, upon due consideration of the Consent Motion for Extension of Time to Object to Discharge (the "Motion") filed by LWBC, LLC, and with the consent of the Debtors Samuel A. Rosenberg and Christine E. Rosenberg, it is hereby ORDERED that the Motion is GRANTED. The deadline to object to discharge and/or the dischargeability of LWBC, LLC's debt is extended to and including August 23, 2021.

FILED
6/25/21 1:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlotta M. Böhm_  dmk
Honorable Carlotta M. Böhm
United States Bankruptcy Judge